STATE v. WHITTED

No. 125 PC.

Case below: 21 N.C. App. 649.

Petition of defendant for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974. Petition of Attorney General for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

TAYLOR v. CITY OF RALEIGH

No. 29 PC.

Case below: 22 N.C. App. 259.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 September 1974.

WYATT v. HAYWOOD

No. 32 PC.

Case below: 22 N.C. App. 267.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 August 1974.